UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSHUA G. FOX,<br><br>               Plaintiff,<br>v.<br><br>KING COUNTY, et al.,<br><br>               Defendants. | CASE NO. 2:25-CV-989-JNW-DWC<br><br>ORDER GRANTING EXTENSION OF TIME |

Plaintiff Joshua G. Fox, proceeding *pro se* and *in forma pauperis*, initiated this civil rights Complaint pursuant to 42 U.S.C. § 1983. *See* Dkt. 1. On November 7, 2025, Defendants filed a Motion for Summary Judgment. Dkt. 17. Plaintiff's response was due on or before December 1, 2025. *See* Local Civil Rule 7. On December 4, 2025, Defendants filed a reply. Plaintiff filed a Motion for Extension, requesting an extension of time to respond to the Motion for Summary Judgment. Dkt. 22. The Motion for Extension was dated December 3, 2025 and filed with the Court on December 6, 2025. *Id.*[1]

---

[1] The Court finds it is appropriate to grant Plaintiff's request for an extension of time without further briefing from the parties. However, Defendants may file a motion for reconsideration if they wish to be heard.

ORDER GRANTING EXTENSION OF TIME - 1

In the Motion for Extension, Plaintiff states he has been waiting for discovery from Defendants that he believed would be automatically provided and now he needs time to conduct discovery to rebut the evidence presented by Defendants in the Motion for Summary Judgment. Dkt. 22. While Plaintiff's request is untimely, the Court finds an extension of time is warranted because of Plaintiff's *pro se* status. Accordingly, the Motion for Extension (Dkt. 22) is GRANTED.

Plaintiff may file a response to Defendants' Motion for Summary Judgment on or before January 12, 2026. Defendants may file an optional supplemental reply on or before January 16, 2026. The Clerk's Office is directed to re-note Defendants' Motion for Summary Judgment (Dkt. 17) for January 16, 2026.

Dated this 10th day of December, 2025.

David W. Christel
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME - 2